IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JESSE R. JONES                                                                                          PLAINTIFF

VS.                                         CASE NO. 07-4026

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                      DEFENDANT

## JUDGMENT

Now on this 3rd day of March, 2009, comes on for consideration the Report and Recommendation dated February 12, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

       /s/Harry F. Barnes
   Hon. Harry F. Barnes
   United States District Judge